**Order entered December 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01406-CV

### CITY OF DALLAS, Appellant

### V.

### EAST VILLAGE ASSOCIATION, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07239**

## ORDER

We **GRANT** appellant's December 8, 2014 motion for an extension of time to file a brief

**TO THE EXTENT** that appellant shall file its brief by **JANUARY 5, 2015**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE